**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01418-LTB

JAMES CADY and
JILL CADY,

       Plaintiffs,

v.

MATT RICKLY,

       Defendant.

---

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Unopposed Motion to Amend Complaint to Name Matt Rickly as the Sole Defendant (Doc 7 - filed August 14, 2012) is GRANTED. The tendered Amended Complaint is accepted for filing.

Dated:   August 15, 2012
_____