**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01418-LTB-KLM

JAMES CADY and
JILL CADY,

      Plaintiffs,

v.

MATT RICKLY,
By and through his Parent and Legal Guardian, SANDY RICKLY,

      Defendants.

**ORDER**

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 23 - filed February 12, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:   February 13, 2013